

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00506-CV

**IN THE INTEREST OF P.P.G.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-06180
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed late without a motion for extension of time to file the notice. *See* TEX. R. APP. P. 26.1, 26.3. On August 25, 2016, we ordered Appellant to file a written response presenting a reasonable explanation for the late notice of appeal. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

On August 29, 2016, Appellant filed a written response explaining the late notice of appeal; our August 25, 2016 order is satisfied. *See Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (noting a "reasonable explanation" comprises all but "deliberate or intentional noncompliance").

We reinstate the appellate timetable. The court reporter's record is due within TEN DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

Keith E. Hottle
Clerk of Court